UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN KRUM, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>WESTERN DIGITAL TECHNOLOGIES, INC.,<br><br>        Defendant. | Case No. 23-cv-04152-VC<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE CASES**<br><br>Re: Dkt. No. 20 |

    The plaintiffs' motion to consolidate is granted. Under Federal Rules of Civil Procedure Rule 42(a), the following cases are consolidated for all purposes:

1. *Krum v. Western Digital Technologies, Inc., et al.*, Case No. 3:23-cv-04152-VC
2. *Perrin, et al. v. SanDisk, LLC, et al.*, Case No. 23-cv-04201-VC
3. *Jafri v. SanDisk, LLC, et al.*, Case No. 23-cv-04206-VC
4. *Pousa v. Western Digital Technologies, Inc., et al.*, Case No. 23-cv-04281-VC
5. *Bax v. Western Digital Corporation*, Case No. 5:23-cv-04543-VC
6. *Jackson v. Western Digital Corporation, et al.*, Case No. 23-cv-04681-SVK
7. *Gary v. SanDisk, LLC, et al.*, Case No. Case 3:23-cv-04815

    The consolidated action shall be captioned "In re Sandisk SSDS Litigation" and shall be maintained under Master File No. 3:23-cv-04152-VC.

    Any class leadership motions must be filed within seven (7) days. A Consolidated Class Action Complaint is due within twenty-one (21) days of the order establishing class leadership. Any response is due twenty-one (21) days after the filing of the Consolidated Class Action Complaint. The defendants are not required to file any response to the complaints already filed in

the *Krum*, *Perrin*, *Jafri*, *Pousa*, *Box*, *Jackson*, and *Gary* actions.

The Clerk's Office is directed to close *Perrin, et al. v. SanDisk, LLC, et al.*, (23-cv-04201-VC); *Jafri v. SanDisk, LLC, et al.*, (23-cv-04206-VC); *Pousa v. Western Digital Technologies, Inc., et al.*, (23-cv-04281-VC); *Bax v. Western Digital Corporation*, (5:23-cv-04543-VC); *Jackson v. Western Digital Corporation, et al.*, (23-cv-04681-SVK); *Gary v. SanDisk, LLC, et al.*, (3:23-cv-04815).

**IT IS SO ORDERED.**

Dated: October 25, 2023

VINCE CHHABRIA
United States District Judge