UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM GARY, et al.,<br>         Plaintiffs,<br>   v.<br>SANDISK LLC, et al.,<br>         Defendants. | Case No. 23-cv-04815-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to *Krum v. Western Digital Technologies, Inc.*, C-23-04152 VC.

**IT IS SO ORDERED.**

Dated: October 26, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge