William J. Doyle, SBN: 188069
Chris W. Cantrell, SBN 290874
DOYLE APC
550 West B St, 4th Floor
San Diego, CA 92101
Phone: (619) 736-0000
Email: bill@doyleapc.com
         chris@doyleapc.com

April M. Strauss, SBN: 163327
APRIL M. STRAUSS, APC
2500 Hospital Drive, Bldg. 3
Mountain View, CA 94040
Phone: (650) 281-7081
Email: astrauss@sfaclp.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| IN RE SANDISK SSDS LITIGATION<br><br>Defendants. | CASE NO.: 3:23-cv-04152-VC<br><br>**PLAINTIFF NATHAN KRUM'S MOTION TO ADOPT AND JOIN IN PLAINTIFFS PERRIN, BAYERL AND JAFRI'S MOTION TO APPOINT INTERIM CO-LEAD COUNSEL**<br><br>Date: December 14, 2023<br>Time: 10:00 a.m.<br>Dept: Courtroom 4 – 17th Floor<br>Judge: Hon. Vince Chhabria |

COMES NOW, Plaintiff Nathan Krum, by and through his counsel of record, respectfully requests the Court permit him to adopt and join in the Motion to Appoint Interim Co-Lead Counsel for the *In re Sandisk SSDS Litigation* consolidated action filed by Plaintiffs Perrin, Bayerl and Jafri. (Dkt. No. 31).

Plaintiff Krum adopts and joins the leadership structure proposed by Plaintiffs Perrin, Bayerl and Jafri as well as all of the arguments raised in support of this structure. Plaintiff Krum asserts this leadership structure would best serve the interests of the class and reward those firms that expended the time and resources to research this matter and file the first three cases. Since that time, counsel for Plaintiff Krum and counsel for Plaintiffs Perrin, Bayerl and Jafri have worked cooperatively and efficiently, among themselves and with other firms, to push this matter to its current status. Further, counsel for Plaintiffs Perrin, Bayerl and Jafri are particularly well-suited to act as co-lead counsel in this matter due to the impressive technical background they possess.

For the foregoing reasons, Plaintiff Krum files this motion to adopt and join in Plaintiffs Perrin, Bayerl and Jafri's Motion to Appoint Interim Co-lead counsel (Dkt. No. 31).

Dated: November 1, 2023                    Respectfully submitted,

/s/ Chris Cantrell
Chris W. Cantrell (CA #290874)
William J. Doyle II
DOYLE APC
550 West B Street, 4th Floor
San Diego, CA 92101
(619) 736-0000 phone
(619) 736-1111 fax
chris@doyleapc.com
bill@doylelowther.com
*Attorneys for Plaintiff*

2
PLAINTIFF NATHAN KRUM'S MOTION TO ADOPT AND JOIN IN PLAINTIFFS PERRIN, BAYERL AND JAFRI'S MOTION TO APPOINT INTERIM CO-LEAD COUNSEL

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2023, a true and correct copy of the foregoing Plaintiff Nathan Krum's Motion to Adopt and Joint Plaintiffs Perrin, Bayerl and Jafri's Motion to Appoint Interim Co-lead Counsel was filed using the Court's CM/ECF system, copies of which were forwarded to all counsel of record via the CM/ECF system. Copies were also sent via email and U.S. First Class Mail to the following counsel of record, not registered to receive notice via the CM/ECF system, addressed as follows:

| | |
|---|---|
| John G. Emerson, Esq.<br>**EMERSON FIRM, PLLC**<br>2500 Wilcrest Drive, Suite 300<br>Houston, TX 77042<br>Telephone: (800) 551-8649<br>Facsimile: (501) 286-4659<br>E-mail: jemerson@emersonfirm.com<br><br>*Attorneys for Plaintiff Jackson* | Matthew Kelly, Esq.<br>**SEGAL MCCAMBRIDGE**<br>233 S. Wacker Drive<br>Suite 5500<br>Chicago, IL<br>Telephone: (312) 645-8436<br>Email: mkelly@smsm.com<br><br>*Attorney for Defendant Western Digital Technologies, Inc.* |

DOYLE APC

s/ Chris Cantrell
Chris W. Cantrell
William J. Doyle II
DOYLE APC
550 West B Street, 4th Floor
San Diego, CA 92101
(619) 736-0000 phone
(619) 736-1111 fax
chris@doyleapc.com
bill@doylelowther.com

*Attorneys for Plaintiff Nathan Krum*