William J. Doyle, Esq
Chris W. Cantrell, Esq
DOYLE APC
550 West B St, 4th Floor
San Diego, CA 92101
Phone: (619) 736-0000
Email: bill@doyleapc.com
       chris@doyleapc.com

*Attorneys for Plaintiff in Krum Action*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re Sandisk SSDS Litigation<br><br>This Document Relates To:<br><br>All Actions | **Master File No. 3:23-cv-04152-VC**<br><br>**STIPULATION BY PLAINTIFFS' COUNSEL AND [PROPOSED] ORDER FOR ADVANCEMENT OF HEARING ON MOTIONS FOR APPOINTMENT OF INTERIM CLASS COUNSEL (ECF NOS. 31-32) PURSUANT TO N.D. CAL. L.R. 6-2**<br><br>Hearing Date: December 14, 2023<br>Time: 10:00 a.m.<br>Courtroom: 4, 17th Floor<br>Judge: Hon. Vince Chhabria |

Pursuant to Civil L.R. 6-2 and the Honorable Vince Chhabria's Civil Standing Order, Section 9, the parties hereby submit this stipulation to request an order advancing the hearing on motions for appointment of interim class counsel.

WHEREAS, on November 1, 2023, pursuant to the Court's Order dated October 25, 2023 (ECF No. 24), two motions for appointment of interim co-lead class counsel (ECF Nos. 31 and 32) ("Motions") were filed with the Court, and by agreement those Motions were set for hearing on December 14, 2023;

WHEREAS, the initial Case Management Conference in these consolidated actions is set to take place on November 17, 2023 at 10 a.m. (virtual);

WHEREAS, part of the discussion during that Case Management Conference will be the timing of filing a Consolidated Amended Complaint and a response thereto, which timing is based upon the Court's ruling on such Motions;

WHEREAS, counsel for Defendants have stated they are taking no position on those Motions.;

WHEREAS, the undersigned affected counsel would be available to address those Motions at the upcoming Case Management Conference or to participate in a hearing on such Motions on a date earlier than December 14, 2023 (other than on December 7, 2023 based on the unavailability of counsel) if the Court decided not to take up this matter during the Case Management Conference;

WHEREAS, pursuant to Local Rule 6-2, this Stipulation is based upon the facts set forth in the accompanying Declaration of Alan M. Mansfield;

Pursuant to Civil L.R. 6-2, the undersigned hereby stipulate that the Court may advance the hearing on the Motions to either the current date of the Case Management Conference or such

other date as the Court may select.

Dated: November 9, 2023        /s/ William J. Doyle
                                          William J. Doyle, Esq
                                          Chris W. Cantrell, Esq
                                          DOYLE APC
                                          550 West B St, 4th Floor
                                          San Diego, CA 92101
                                          Phone: (619) 736-0000
                                          Email: bill@doyleapc.com
                                                      chris@doyleapc.com

                                          April M. Strauss, Esq
                                          APRIL M. STRAUSS, APC
                                          2500 Hospital Drive, Bldg. 3
                                          Mountain View, CA 94040
                                          Phone: (650) 281-7081
                                          Email: astrauss@sfaclp.com

                                          *Attorneys for Plaintiff in Krum Action*

Dated: November 9, 2023        /s/ Ian W. Sloss
                                          Ian W. Sloss, Esq.
                                          Jonathan Seredynski, Esq.
                                          Brett L. Burgs, Esq.
                                          SILVER GOLUB & TEITELL LLP
                                          One Landmark Square, Floor 15
                                          Stamford, CT 06901
                                          Phone: (203) 425-4491
                                          Email: isloss@sgtlaw.com
                                                      jseredynski@sgtlaw.com
                                                      bburgs@sgtlaw.com

                                          Todd A. Seaver, Esq.
                                          Matthew D. Pearson, Esq.
                                          BERMAN TABACCO
                                          425 California Street, Suite 2300
                                          San Francisco, CA 94104
                                          Phone: (415) 433-3200
                                          Email: tseaver@bermantabacco.com
                                                     mpearson@bermantabacco.com

*Attorneys for Plaintiff in Perrin and Gary Actions*

Dated:  November 9, 2023         /s/ Neal J. Deckant
                                 Neal J. Deckant, Esq.
                                 Stefan Bogdanovich
                                 Luke Sironski-White
                                 BURSOR & FISHER, P.A.
                                 1900 North California Blvd, Ste 940
                                 Walnut Creek, CA 94596
                                 Phone: (925) 300-4455
                                 Email: ndeckant@bursor.com
                                        sbogdanovich@bursor.com
                                        lsironski@bursor.com

*Attorneys for Plaintiffs in Jafri Action*

Dated:  November 9, 2023         /s/ Alan M. Mansfield
                                 Alan M. Mansfield
                                 WHATLEY KALLAS LLP
                                 1 Sansome Street, 35th Floor PMB #131
                                 San Francisco, CA 94104
                                 16870 West Bernardo Drive, Ste 400
                                 San Diego, CA 92127
                                 Phone: (619) 308-5034
                                 Fax: (888) 341-5048
                                 Email: amansfield@whatleykallas.com

*Attorney for Plaintiffs in Pousa Action*

Dated:  November 9, 2023         /s/ Rosemary M. Rivas
                                 Rosemary M. Rivas
                                 Rosanne L. Mah
                                 GIBBS LAW GROUP LLP
                                 1111 Broadway, Suite 2100
                                 Oakland, CA 94607
                                 Phone: (510) 350-9700
                                 Email: rmr@classlawgroup.com
                                        rlm@classlawgroup.com

*Attorneys for Plaintiff in Bax Action*

Dated:  November 9, 2023

*/s/ Stephen R. Basser*
Stephen R. Basser, Esq.
Samuel Ward, Esq.
BARRACK RODOS & BACINE
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
Phone: (619) 230-0800
Email: sbasser@barrack.com
sward@barrack.com

John G. Emerson, Esq.
EMERSON LAW FIRM PLLC
2500 Wilcrest Drive, Suite 300
Houston, TX 77042
Phone: (800) 551-8649
Email: jemerson@emersonfirm.com

*Attorneys for Plaintiff in Jackson Action*

## FILER'S ATTESTATION

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

*/s/ Alan M. Mansfield*
ALAN M. MANSFIELD

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on the motions for appointment of interim co-lead class counsel (ECF Nos. 31 and 32) ("Motions"), presently set for hearing on December 14, 2023, are advanced to November 17, 2023.

Dated: _____

_____
**HON. VINCE CHHABRIA**
**UNITED STATES DISTRICT JUDGE**