**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Stefan Bogdanovich (State Bar No. 324525)
Luke Sironski-White (State Bar No. 348441)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-mail: ndeckant@bursor.com
          sbogdanovich@bursor.com
          lsironski@bursor.com

*Co-Lead Interim Class Counsel*

**SILVER GOLUB & TEITELL LLP**
Ian W. Sloss, Esq.  (admitted pro hac vice)
Jonathan Seredynski, Esq.
Brett L. Burgs, Esq.
One Landmark Square, Floor 15
Stamford, CT 06901
Phone: (203) 425-4491
Email: isloss@sgtlaw.com
          jseredynski@sgtlaw.com
          bburgs@sgtlaw.com

**SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**
Joseph L. Kish
Matthew D. Kelly
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
Phone: (312) 545-7800
Email: jkish@smsm.com
          mkelly@smsm.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE SANDISK SSDS LITIGATION<br><br>This Document Relates to: All Actions | Master File No.: 3:23-cv-04152-RFL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' CONSOLIDATED COMPLAINT AND DEFENDANTS' ANTICIPATED ANSWER**<br><br>Hearing Date: March 5, 2024<br><br>Judge: Honorable ~~Trina L. Thompson~~ Rita F. Lin |

Plaintiffs, in the matters consolidated as *In Re SanDisk SSDs Litigation*, and Defendants SanDisk LLC and Western Digital Technologies (together, the "Parties") respectfully submit this Stipulation and [Proposed] Order Regarding the Consolidated Complaint and Defendant's Motion to Dismiss and state as follows:

WHEREAS, in Judge Chhabria's order consolidating the actions into the above-captioned matter, the court set a deadline for Plaintiffs to file their Consolidated Class Action Complaint within twenty-one (21) days of the order establishing class leadership (ECF No. 26);

WHEREAS, this Court issued its order establishing class leadership on December 4, 2023 (ECF No. 66);

WHEREAS, the current deadline for Plaintiffs to file their Consolidated Class Action Complaint is December 26, 2023;

WHEREAS, the holiday season is quickly approaching and the Parties have met and conferred and agreed that, subject to the Court's approval, it would be prudent to extend the deadline for Plaintiffs' counsel to file the Consolidated Class Action Complaint by 17 days, to January 12, 2024;

WHEREAS, because Defendants' counsel have a trial set for late January, the Parties have agreed, subject to the Court's approval, that Defendants shall have until February 9, 2024 to answer or otherwise respond to the Consolidated Class Action Complaint;

WHEREAS, there have been two other stipulations filed in this action (ECF Nos. 22 and 38) but the first stipulation relating to Plaintiffs' Consolidated Class Action Complaint or Defendants' answer or response thereto;

WHEREAS, no date of any other event or any other deadline already fixed by Court order will be altered by this stipulation;

NOW, THEREFORE, the Parties, by and through their counsel of record and subject to the Court's approval, stipulate and agree pursuant to Civil Local Rule 6-1(a) that the deadline for Plaintiffs to file their Consolidated Class Action Complaint shall be extended to January 12, 2024, and the deadline for Defendant to file its response or answer to the Consolidated Class Action Complaint shall be extended to February 9, 2024.

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that each of the other signatories have concurred in the filing of this document.

Dated: December 15, 2023							Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:     */s/Neal J. Deckant*
             Neal J. Deckant

Neal J. Deckant (State Bar No. 322946)
Stefan Bogdanovich (State Bar No. 324525)
Luke Sironski-White (State Bar No. 348441)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
E-mail: ndeckant@bursor.com
            sbogdanovich@bursor.com
            lsironski@bursor.com

**SILVER GOLUB & TEITELL LLP**
Ian W. Sloss, Esq.  (admitted pro hac vice)
Jonathan Seredynski, Esq.
Brett L. Burgs, Esq.
One Landmark Square, Floor 15
Stamford, CT 06901
Phone: (203) 425-4491
Email: isloss@sgtlaw.com
            jseredynski@sgtlaw.com
            bburgs@sgtlaw.com

*Co-Lead Interim Class Counsel*

Dated: December 14, 2023							Respectfully submitted,

**SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**

By:     */s/Matthew D. Kelly*

Joseph L. Kish
Matthew D. Kelly
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
Phone: (312) 545-7800
Email: jkish@smsm.com
            mkelly@smsm.com

*Attorneys for Defendants*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                                */s/Neal J. Deckant*
                                                          Neal J. Deckant

# [~~PROPOSED~~] ORDER

The Court APPROVES the Parties' stipulation:

1. Plaintiffs shall have until January 12, 2024 to file their Consolidated Class Action Complaint; and

2. The deadline for Defendants to answer or otherwise respond to the Consolidated Class Action Complaint is extended to February 9, 2023.

**IT IS SO ORDERED.**

Dated: **December 15, 2023**

_____
Hon. Rita F. Lin
United States District Judge