UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SANDISK SSDs LITIGATION. | Case No. 23-cv-04152-RFL (LJC)  <br><br>**ORDER REGARDING DISCOVERY LETTER REGARDING RETURNED DRIVES**  <br><br>Re: Dkt. No. 125 |

The Court has reviewed the parties' joint discovery letter regarding Plaintiffs' requests for production of returned or defective drives. Defendants are ORDERED to file a declaration by a knowledgeable employee no later than 10:00 AM on February 25, 2025 addressing how Defendants track, process, store, organize, retain, and/or dispose of drives that have been returned, over the period for which the drives at issue in Plaintiffs' requests have been returned, both in the ordinary course of course of business and (to the extent there are any differences) in response to any litigation hold or other modification to normal procedures imposed in relation to this litigation. A hearing will occur on Wednesday, February 26, 2025 at 9:00 AM via Zoom webinar. Access instructions are available at https://cand.uscourts.gov/ljc/.

**IT IS SO ORDERED.**

Dated: February 20, 2025

LISA J. CISNEROS
United States Magistrate Judge