UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SanDisk SSDS Litigation<br><br>This Document Relates To: All Actions | Master File No. 3:23-cv-04152-RFL-LJC<br><br>Judge: Honorable Rita F. Lin<br><br>Magistrate Judge Lisa J. Cisneros |

**ORDER**

The Court GRANTS the Joint Stipulation to Extend the deadline for Defendants to produce Matthew White's ESI custodial file.

Defendants are to produce all responsive ESI from Matthew White consistent with the entered Stipulation and Order on ESI (Doc. 91) by March 17, 2025.

**IT IS SO ORDERED**

Dated: March 3, 2025

_____
Lisa J. Cisneros
United States Magistrate Judge