Case 3:23-cv-04152-RFL    Document 142    Filed 03/12/25    Page 1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SANDISK SSDs LITIGATION. | Case No. 23-cv-04152-RFL  (LJC)<br><br>**ORDER ON STIPULATION REGARDING LOCATIONS OF PLAINTIFFS' DEPOSITIONS**<br><br>Re: Dkt. No. 141 |

The Court GRANTS IN PART the parties' Stipulation Regarding Locations of Plaintiffs' Depositions (ECF No. 141), as follows:

> 1. All Plaintiffs [are] to be deposed in person in either the Northern District of California or in Fort Lauderdale, Florida, by the fact discovery deadline.
>
> 2. Unless otherwise agreed to by Defendants, all Plaintiffs who seek to be deposed in the Northern District of California must sit for their depositions on consecutive days to each other.
>
> 3. Unless otherwise agreed to by Defendants, all Plaintiffs who seek to be deposed in Fort Lauderdale, Florida, must appear for their depositions on consecutive days to each other.
>
> 4. Plaintiffs [shall] provide Defendants with proposed dates for their depositions consistent with this stipulation by March 18, 2025.

*See* ECF No. 141-1 (Proposed Order).

The parties also stipulate that, "[a]bsent good cause, a Plaintiff's failure to sit for their deposition consistent with this stipulation is grounds for that Plaintiff's dismissal from this action with prejudice."  ECF No. 141 at 2, ¶ 4; ECF No. 141-1, ¶ 5.  Any request for dispositive sanctions is a matter to be addressed to the presiding district judge if it should become necessary.  The parties' agreement on that point is not incorporated as on order of this Court.  In declining to incorporate that provision, this Order should not be construed as commenting one way or the other

on the degree to which the parties' agreement regarding sanctions for failure to appear at a deposition might be enforceable.

The Court appreciates the parties' cooperation. The hearing previously set for March 13, 2025 is VACATED.

**IT IS SO ORDERED.**

Dated: March 12, 2025

LISA J. CISNEROS
United States Magistrate Judge