# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**IN RE SANDISK SSDS LITIGATION**

This Document Relates to: All Actions

Case No. 23-CV-04152-RFL-LJC

**ORDER ON JOINT STIPULATION REGARDING DEFENDANTS' SEARCH FOR, IDENTIFICATION OF, AND PRODUCTION OF SOLID-STATE DRIVES**

Judge: Hon. Rita F. Lin

Magistrate Judge: Hon. Lisa J. Cisneros

## **ORDER**

The Court GRANTS the Parties' stipulation:

1. Defendants shall undertake to search for and identify SSDs with serial numbers listed in WD00067272 (the "Atlas SSDs") that are in Defendants' possession, custody, or control.

2. Defendants shall undertake to search for and identify SSDs known internally by Defendants as Calypso I SSDs (the "Cal1 SSDs") that are in Defendants' possession, custody, or control.

3. Defendants' obligation to search for Atlas SSDs shall cease upon locating and producing to Plaintiffs ten such Atlas SSDs.

4. Defendants' obligation to search for Cal1 SSDs shall cease upon locating and producing to Plaintiffs ten such Cal1 SSDs.

5. Plaintiffs shall pay all costs associated with shipping the Atlas SSDs and Cal1 SSDs from the Mexicali facility to their chosen destination.

6. Plaintiffs waive any and all rights to identify, complain, or fault Defendants' methodology in Defendants' search, identification, selection, and production to Plaintiffs of Atlas SSDs or Cal1 SSDs.

7. The manner or methodology used by Defendants in their search, identification, selection, and production of Atlas SSDs or Cal1 SSDs cannot later be referenced, criticized, faulted,

or used by Plaintiffs, their agents, or their retained experts in any manner, including but not limited to, suggesting, insinuating, or arguing that Defendants improperly searched, identified, selected, and/or produced to Plaintiffs Atlas SSDs or Cal1 SSDs.

8. Defendants are not under any obligation to inspect any Atlas SSDs or Cal1 SSDs to confirm whether those selected SSDs may have the "allegedly Faulty Firmware or hardware" as defined or requested in Plaintiffs' Second Request for Production or as generally alleged in Plaintiffs' Amended Class Action Complaint.

9. Defendants may refurbish and destroy all remaining SSDs that Defendants retained pursuant to Plaintiffs' preservation requests thirty days after Defendants' production of Atlas SSDs and Cal1 SSDs to Plaintiffs.

**IT IS SO ORDERED.**

Dated: March 13, 2025

_____
Lisa J. Cisneros
United States Magistrate Judge