**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re SanDisk SSDs Litigation,<br><br>This Document Relates to: All Actions | Master File No. 3:23-cv-04152-RFL-LJC<br><br>**ORDER REGARDING SECOND JOINT STIPULATION TO EXTEND TIME FOR PRODUCTION OF MATTHEW WHITE CUSTODIAL ESI FILE**<br><br>District Judge Rita F. Lin<br><br>Magistrate Judge Lisa J. Cisneros |

The Court GRANTS the Parties' stipulation:

1. The March 17, 2025 deadline for Defendants to complete their production of all responsive, non-privileged ESI from Matthew White is extended to a date to be determined after the Court's receipt of the parties' subsequent submission regarding the scope and size of the newly discovered ESI and the estimated time needed for its production.

2. The parties shall file by March 20, 2025, another stipulation seeking a new deadline for Defendants to complete their production of Matthew White's ESI custodial file.

3. If the parties cannot stipulate to an agreed deadline for Defendants to complete their production of Matthew White's ESI custodial file, the parties shall file a joint discovery letter with their positions by March 20, 2025.

**IT IS SO ORDERED.**

Dated: March 13, 2025

_____
Lisa J. Cisneros
United States Magistrate Judge