UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re SANDISK SSDs LITIGATION. | Case No. 23-cv-04152-RFL   (LJC) |
| | **ORDER REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER DOCUMENTS SHOULD BE FILED UNDER SEAL** |
| | Re: Dkt. No. 151 |

Plaintiffs filed an administrative motion under Civil Local Rule 79-5(f) to consider whether documents submitted in support of a discovery letter brief should be filed under seal, based solely on Defendants' designations of confidentiality. ECF No. 151. Defendants filed a response arguing that Exhibits G and J, which include technical details of Defendants' investigation of and response to an alleged defect in solid state drives, should remain under seal to prevent competitive harm. ECF No. 160. Good cause having been shown, Defendants' request to maintain those exhibits under seal is GRANTED.

The administrative motion is DENIED as to all other exhibits at issue. To complete the public record, Plaintiffs shall file unredacted copies of those exhibits no later than May 15, 2025.

This Order does not reach the question of whether "compelling reasons" would support sealing Exhibits G and J if they were offered in a context "more than tangentially related to the merits" of the case. *See generally Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1103 (9th Cir. 2016).

**IT IS SO ORDERED.**

Dated: May 8, 2025

LISA J. CISNEROS
United States Magistrate Judge