**BURSOR & FISHER, P.A.**
Neal J. Deckant
Stefan Bogdanovich
Luke Sironski-White
1990 North California Blvd, 9th Floor
Walnut Creek, CA 94596
Phone: (925) 300-4455
Email: ndeckant@bursor.com
       sbogdanovich@bursor.com
       lsironski@bursor.com

**SILVER GOLUB & TEITELL LLP**
Ian W. Sloss (admitted *pro hac vice*)
Johnathan Seredynski (admitted *pro hac vice*)
Krystyna Gancoss (admitted *pro hac vice*)
Kate Sayed (admitted *pro hac vice*)
Samantha Blend (admitted *pro hac vice*)
One Landmark Square, Floor 15
Stamford, CT 06901
Phone: (203) 425-4491 Email:
isloss@sgtlaw.com
       jseredynski@sgtlaw.com
       kgancoss@sgtlaw.com
       ksayed@sgtlaw.com
       sblend@sgtlaw.com

*Co-Lead Class Counsel for Plaintiffs and the Classes*

**SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD.**
Joseph L. Kish
Matthew D. Kelly
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
Phone: (312) 545-7800
Email: jkish@smsm.com
       mkelly@smsm.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE SANDISK SSDS LITIGATION**<br><br>This Document Relates to: All Actions | )<br>) Case No. 23-CV-04152-RFL<br>)<br>) **UPDATED JOINT CASE**<br>) **MANAGEMENT STATEMENT**<br>)<br>) Judge:       Rita F. Lin<br>) Hearing Date:  May 27, 2026<br>) Hearing Time:  10:00 A.M.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

- 1 -

Pursuant to the Court's order dated May 6, 2026 (Dkt. No. 236, the "Order"), the Parties in the consolidated actions set forth below jointly submit this Updated Joint Case Management Statement in accordance with the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9.

## I. Procedural Updates

On October 14, 2025, Plaintiffs filed their motion to certify the class and to appoint class representatives and class counsel, and both Parties submitted their Rule 702 motions. Dkt. Nos. 206–07, 209–11. On November 25, 2025, Defendants filed their opposition to Plaintiffs' motion for class certification, and both Parties filed their oppositions to the Rule 702 motions. Dkt. Nos. 217–21. In advance of the class certification hearing, Judge Lin filed a Notice of Questions for Hearing, which set forth the Court's tentative views on Plaintiffs' motion. Dkt. No. 230. The Court held a class certification hearing on January 13, 2026. Dkt. No. 231.

On May 6, 2026, Judge Lin granted in part and denied in part Plaintiffs' motion for class certification, denied all Rule 702 motions, and appointed class representatives and class counsel for the California and Florida Classes. Dkt. No. 236 (the "Order"). Judge Lin's Order also required Plaintiffs to submit an amended complaint updating the class definitions to comport with the Court's definitions by May 20, 2026. Order at 31. Plaintiffs have done so concurrently with this Updated Joint Case Management Statement.

## II. Anticipated Motions

Plaintiffs intend to move for leave to amend the class definition with respect to a nationwide class for injunctive relief and may seek leave to add Plaintiffs from additional states, in anticipation of a renewed motion for class certification.

While Defendants have not yet seen Plaintiffs' amended pleading or motion for leave, they anticipate opposing Plaintiffs' request.

## III. Scheduling

The Parties previously set a schedule through briefing on the motion for class certification. Pursuant to the Court's Order, the Parties met and conferred on the anticipated motions outlined above and related scheduling on May 13, 2026. The Parties have agreed upon the proposed schedule below. Plaintiffs intend to

UPDATED JOINT CASE MANAGEMENT STATEMENT

move for leave as detailed above. In the event the Court grants Plaintiffs' motion(s), the Parties will propose a new schedule.

| EVENT | PROPOSED DEADLINE |
|---|---|
| Plaintiffs to serve merits expert reports | August 20, 2026 |
| Deadline to depose Plaintiffs' experts | September 28, 2026 |
| Defendants to serve merits expert reports | November 2, 2026 |
| Deadline to depose Defendants' experts | December 7, 2026 |
| Deadline to serve rebuttal expert reports | January 18, 2027 |
| Deadline to depose rebuttal experts | February 22, 2027 |
| Deadline for dispositive motions and Rule 702 motions | March 22, 2027 |
| Responses to dispositive motions and Rule 702 motions | April 26, 2027 |
| Replies to dispositive motions and Rule 702 motions | May 24, 2027 |
| Trial | September 2027 |

**IV. Other Matters**

Parties are unaware of any additional matters that need to be addressed with the Court at this time.

DATED: May 20, 2026

Respectfully submitted,

*/s/ Johnathan Seredynski*
Ian W. Sloss (admitted *pro hac vice*)
Johnathan Seredynski (admitted *pro hac vice*)
Krystyna Gancoss (admitted *pro hac vice*)
Kate Sayed (admitted *pro hac vice*)
Samantha Blend (admitted *pro hac vice*)
**SILVER GOLUB & TEITELL LLP**
One Landmark Square, Floor 15
Stamford, Connecticut 06901
(203) 325-4491
isloss@sgtlaw.com
jseredynski@sgtlaw.com

- 3 -
UPDATED JOINT CASE MANAGEMENT STATEMENT

kgancoss@sgtlaw.com
ksayed@sgtlaw.com
sblend@sgtlaw.com

Neal J. Deckant
Stefan Bogdanovich
Luke Sironski-White
**BURSOR & FISHER, P.A.**
1990 North California Blvd, Ste 940
Walnut Creek, CA 94596
Phone: (925) 300-4455
ndeckant@bursor.com
sbogdanovich@bursor.com
lsironski@bursor.com

*Class Counsel*

*/s/ Matthew D. Kelly*
**SEGAL MCCAMBRIDGE SINGER &
MAHONEY, LTD.**
Joseph L. Kish
Matthew D. Kelly
Masood S. Ali
233 S. Wacker Drive, Suite 5500
Chicago, IL 60606
Phone: (312) 545-7800
Email: jkish@smsm.com
              mkelly@smsm.com
              mali@smsm.com

*Attorneys for Defendants*

UPDATED JOINT CASE MANAGEMENT STATEMENT

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5.1 regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

_/s/ Johnathan Seredynski_
Johnathan Seredynski

UPDATED JOINT CASE MANATEGMENT STATEMENT